STATE of Missouri, Respondent,

v.

Jack D. REYNOLDS,
Movant–Appellant.

No. WD 40718.

Missouri Court of Appeals,
Western District.

Aug. 1, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 3, 1989.

Application to Transfer Denied
Nov. 14, 1989.

Sean D. O'Brien, Public Defender, David
S. Durbin, Asst. Public Defender, Kansas
City, for movant-appellant.

William L. Webster, Atty. Gen., William
J. Swift, Asst. Atty. Gen., Jefferson City,
for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for
the offense of sodomy, in violation of
§ 566.060, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

Direct appeal from the denial of post-con-
viction relief sought pursuant to Rule 29.-
15.

Judgment affirmed. Rule 84.16(b).